AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

MAJORIE L. McCREARY

JUDGMENT IN A CIVIL CASE

v.

MICHAEL ASTRUE, Commissioner of Social Security

CASE NUMBER: C09-5284 FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Commissioner's final decision be reversed and remanded for a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g).

| January 28, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

/s Mary Trent
Deputy Clerk