# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARJORIE L. McCREARY

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE
Commissioner of Social Security

CASE NUMBER: C09-5284FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's petition for an award of costs and attorney's fees [Dkt. #19] is **GRANTED**. Costs in the amount of $350.00 and attorney's fees in the amount of $3,837.60 are awarded to Plaintiff.

February 25, 2010

BRUCE RIFKIN
Clerk

*s/CM Gonzalez*
Deputy Clerk